UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THOMAS A. MARTINO

v. CA No. 04-468-T

UNITED STATES OF AMERICA

**ORDER DISMISSING § 2255 MOTION**

Thomas Martino's § 2255 motion hereby is dismissed as moot because Martino has completed the sentence imposed and is no longer "in custody" within the meaning of § 2255. See Spencer v. Kemna, 523 U.S. 1, 7 (1998) (A defendant who has completed a sentence imposed upon revocation of parole cannot challenge the revocation unless he demonstrates the existence of collateral consequences). See also United States v. Duclos, 382 F.3d 62, 66 (1st Cir. 2004).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 2/1/07